*FILED IN OPEN COURT 1/20/06 KJK*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-112 |
| | ) | |
| RONNIE L. FARROW, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO UNSEAL FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, moves to **unseal** the file in this case.

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

Dated: January 20, 2006

**AND NOW**, to wit, this 20th day of January, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the file in the above-captioned case be unsealed.

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

/s/ Mary Pat Thynge
Honorable Mary Pat Thynge
United States Magistrate Judge