FILED IN OPEN COURT
1/20/06 KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. CR05-112-UNA |
| vs. | ) |
| | ) |
| RONNIE FARROW, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on JANUARY 20, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until FEB. 23, 2006. The time between the date of this order and FEBRUARY 23, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE