AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

RONNIE L. FARROW

**WARRANT FOR ARREST**

Case Number: CR 05-112-UNA



SEA~~L~~ED  UNSEALED 1/20/06 KJK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __RONNIE L. FARROW__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her    (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

in violation of ____18____ United States Code, Section(s) ____922(g)(1) and 924(a)(2)____

RECEIVED 2005 DEC 16 A 8:11 U.S. MARSHAL SERVICE WILMINGTON, DELAWARE

__Peter T. Dalleo__                                    __Clerk, United States District Court__
Name of Issuing Officer                                  Title of Issuing Officer

By: _[signature]_; DEPUTY CLERK    December 16, 2005 in Wilmington, DE
Signature of Issuing Officer                          Date and Location

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

FILED JAN 23 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant __Ronnie Farrow__ |

| DATE RECEIVED 12-16-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-20-06 | William David, DUSM | _[signature]_ |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                         _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____