IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RONNIE FARROW,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)   Criminal Action No. 05-112-GMS<br>)<br>)<br>)<br>)<br>) |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On December 15, 2005, Defendant was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2. Defendant is currently a pre-trial detainee for a State violation. The Defendant is detained at the Delaware Correctional Center, Smyrna Delaware.

3. The Court has scheduled a Rule 11 hearing in this case for March 22, 2006, at 2:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden, Delaware Correctional Center, Smyrna, Delaware, to bring the said defendant Ronnie Farrow before this Court on March 22, 2006, at 2:00 p.m. for a Rule 11 hearing, and to

be returned to the Warden for Delaware Correctional Center, Smyrna, Delaware after said hearing.

> COLM F. CONNOLLY
> United States Attorney
>
> By: /s/ Douglas E. McCann
> Douglas E. McCann
> Assistant United States Attorney

Dated: March 21, 2006

**IT IS SO ORDERED** this ____ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE