IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-112 GMS |
| | : |
| RONNIE FARROW | : |

## ORDER TO EXCLUDE TIME

The change of plea hearing in the above-captioned case, scheduled for March 22, 2006, was continued and ordered held in abeyance by the undersigned. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial. The change of plea hearing has not been rescheduled as of this date.

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between the date of this Order, and until such time as the hearing is rescheduled, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

March 22, 2006