IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal No. 05-112 GMS |
| | § | |
| RONNIE FARROW | § | |
| Defendant. | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   WARDEN, Delaware Correctional Center, Smyrna, DE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said defendant, Ronnie Farrow, who is now detained and imprisoned in the Delaware Correctional Center and who is a defendant in the above-entitled cause, in which cause the said defendant, Ronnie Farrow, was charged with a violation of 18 U.S.C. § 922(g)(1), for a Change of Plea of Hearing on **Wednesday, March 22, 2006, at 2:00 p.m.** and for any other proceedings subsequent thereto including but not limited to bail and trial arising out of the said action, and at the termination of each of said proceedings to be returned, at the expense of the United States Government, to the Delaware Correctional Center, and as such subsequent proceedings are disposed of, as the case may be.

And have you then and there this writ.

To the United States Marshal of the District of Delaware to execute.

WITNESS the Honorable Gregory M. Sleet, Judge of the District Court of the United States for the District of Delaware, this 21st, day of March, 2006.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk

CERTIFIED:
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK

BY _____
Deputy Clerk 3/21/06

Ronnie Farrow
USDC
3/22/06
J w Thomas

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAR 24  AM 9:23