

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*　　　　　　　　　　*(302) 573-6277*
*1007 N. Orange Street, Suite 700*　　　*FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

April 25, 2006

**VIA CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

　　　　RE:　**United States v. Ronnie L. Farrow, Criminal Action No. 05-112-GMS**

Dear Judge Sleet:

　　　　The Rule 11 hearing in this case was continued on March 22, 2006, because of concerns the Court had over the disposition of State charges that were related to this case. It is my understanding that the State charges pending against the Defendant that are related to this case have been resolved by entering a disposition of nolle prosequi. The Defendant's Rape in the 4th degree charge, which is unrelated to this case, has been resolved by a plea of guilty. I understand from counsel for the Defendant that the Defendant remains willing to plead guilty in this case. Accordingly, I respectfully ask that the Court to schedule a Rule 11 hearing.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　COLM F. CONNOLLY
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　BY:　　/s/ Douglas E. McCann
　　　　　　　　　　　　　　　　　　Douglas E. McCann
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

cc:　Christopher Koyste, Esquire (by CM/ECF)
　　　Clerk, U.S. District Court (by CM/ECF)