IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Criminal Action No. 05-112-GMS |
| ) | |
| RONNIE FARROW,    ) | |
| ) | |
| Defendant.    ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On December 15, 2005, defendant, Ronnie Farrow was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2. Ronnie Farrow is currently a sentenced State inmate. The defendant is incarcerated at the Delaware Correctional Center, Smyrna, Delaware.

3. The Court has scheduled a Rule 11 hearing in this case for Wednesday, May 17th 11:00 AM.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden at the Delaware Correctional Center, Smyrna, Delaware to bring the said defendant Ronnie Farrow before this Court for a Rule 11 Hearing and returned to the Warden at the

Delaware Correctional Center, Smyrna, Delaware only after a final disposition of the charges against the defendant has occurred in the District of Delaware.

                COLM F. CONNOLLY
                United States Attorney

By: _____/s/_____
     Douglas E. McCann
     Assistant United States Attorney

Dated: May 9, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE GREGORY M. SLEET
United States Magistrate Court