IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA        *

                                *

v.                              * Criminal No. 05-112 GMS

                                *

RONNIE L. FARROW                *

## DETENTION ORDER

In accordance with 18 U.S.C. § 3143, a hearing has been held. The court concludes:

1. The Defendant has pled guilty to an offense described in 18 U.S.C. § 3142 (f)(1) and is awaiting imposition of sentence. The court does not find that the requirements of § 3143(a)(2)(A) or (B) have been met;

2. Further findings of fact and the court's statement of the reasons for the detention are set forth in the court's decision rendered during the proceedings held on May 17, 2006, as set forth in the record of said proceedings, and in the event there is to be a review of this Detention Order, if necessary, the said record may be transcribed and edited by the court so as to constitute this court's written findings of fact and written statement of the reasons for the detention.

Therefore, it is this 19th day of May, 2006, by the United States District Court for the District of Delaware, ORDERED that:

1. The above-named Defendant BE, and the same hereby IS, detained, and that he BE, and hereby IS, committed to the custody of the Attorney General for confinement pending further order of the court;

2. The Attorney General shall confine the Defendant in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal; the Attorney General shall afford the Defendant a reasonable opportunity to consult with counsel in private; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the person to a United States Marshal for the purpose of an appearance in connection with any court proceeding.

_____
UNITED STATES DISTRICT JUDGE