

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | Criminal No. 05-112 GMS |
| | § | |
| RONNIE FARROW<br>    Defendant. | §<br>§<br>§ | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   WARDEN, Delaware Correctional Center, Smyrna, DE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said defendant, Ronnie Farrow, who is now detained and imprisoned in the Delaware Correctional Center and who is a defendant in the above-entitled cause, in which cause the said defendant, Ronnie Farrow, was charged with a violation of 18 U.S.C. § 922(g)(1), for a Change of Plea of Hearing on **Wednesday, May 17, 2006, at 11:00 AM,** and for any other proceedings subsequent thereto including but not limited to bail and trial arising out of the said action, and at the termination of each of said proceedings to be returned, at the expense of the United States Government, to the Delaware Correctional Center, and as such subsequent proceedings are disposed of, as the case may be.

And have you then and there this writ.

To the United States Marshal of the District of Delaware to execute.

WITNESS the Honorable Gregory M. Sleet, Judge of the District Court of the United States for the District of Delaware, this 10th day of May, 2006.

CERTIFIED:
AS A TRUE COPY:
   ATTEST:
PETER T. DALLEO, CLERK
BY /s/ _____
   Deputy Clerk 5/15/06

PETER T. DALLEO, CLERK

By: /s/ Marie McDavid
   Deputy Clerk

U. S. MARSHALS RETURN
I have Partially/Fully Executed This Writ By Taking
Custody Of The Within Named BRUCE Farrow
_____ And Transported Him/Her To
Federal Court
_____ on 05/18/06

United States Marshal
By: [signature]
Deputy Marshal



FILED
MAY 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFIED:
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk