UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-112-GMS |
| | : | |
| RONNIE L. FARROW, | : | |
| | : | |
| Defendant, | : | |

### MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Ronnie L. Farrow, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the September 6, 2006 sentencing hearing to November 22, 2006 at 10 a.m. Counsel submits the following in support thereof:

1. Sentencing in this action is currently scheduled for September 6, 2006. The Defense seeks a continuance so that the parties can further explore numerous sentencing issues in this case.

2. AUSA Douglas E. McCann and USPO Margaret M. Bray do not oppose this request for rescheduling of the sentencing hearing to November 22, 2006 at 10:00 a.m.

**WHEREFORE**, Mr. Farrow respectfully requests the Court to continue the sentencing hearing to November 22, 2006 at 10:00 a.m.

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Ronnie L. Farrow

DATED: August 11, 2006

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that his Motion for Continuance of Sentencing Hearing is available for public viewing and downloading and was electronically delivered on August 11, 2006 to:

Douglas E. McCann, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

　　　/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Ronnie L. Farrow