UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Criminal Action No. 05-112-GMS

RONNIE L. FARROW,

        Defendant,

## ORDER

In response to the Defense's Motion For Continuance of Sentencing Hearing, this Court hereby Orders on this 14th day of August 2006, that Defendant Farrow's sentencing hearing is continued to November 22, 2006 at 10:00 a.m.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

cc:    AUSA Douglas E. McCann
        USPO Margaret M. Bray